**Order entered October 21, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00340-CV

### T. CHRISTIAN COOPER, Appellant

### V.

### SANDERS H. CAMPBELL/RICHARD T. MULLEN, INC.
### D/B/A THE MULLEN COMPANY, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-15127**

## ORDER

We **GRANT** the parties' October 16, 2015 second joint motion for an extension of time to file their appellant's and cross-appellant's briefs. The parties shall file their respective briefs by **NOVEMBER 2, 2015**. We caution the parties that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE